UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:25-CR-54-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DUSTIN MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Dustin Murphy moves to file DE 53 under seal. *See* DE 52 (Sealed Motion). For motion-stated reasons, the Court **GRANTS** DE 52 and **ORDERS** that DE 53, pending sentencing at least, remain properly sealed due to the sensitive content it contains

This the 28th day of September, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**