AO 187 (Rev. 7/87) Exhibit and Witness List

Eastern District of Kentucky
FILED
Oct - 01 2026
Robert R. Carr
Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY (SOUTHERN DIV-LONDON)

UNITED STATES OF AMERICA
V.
DUSTIN MURPHY

## EXHIBIT AND WITNESS LIST

Case Number: 6:25-CR-54-REW-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert E. Wier | Justin Blankenship | Mike Fox |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/1/26 Sentencing | Elaine Haberer | Michelle Sliter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1W | | 10/1/26 | | | KSP Detective Jacob Middleton |
| 1 | | 10/1/26 | | | Portions of the audio interview and video interview with minor victim. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.